UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rosemary D. Pierce

    v.                              Case No. 25-cv-178-JL-TSM

US Post Office

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 17, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: April 10, 2026

cc: Rosemary D. Pierce, pro se
    Kasey Weiland, Esq.