UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rosemary D. Pierce

v. Case No. 25-cv-178-JL-TSM

US Post Office, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 25, 2026.

Joseph N. Laplante
United States District Judge

Date: September 1, 2026

cc: Counsel of Record